subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65334.**—Chain Bike Corp. et al. *v.* United States, protests 59/34506, etc. (Boston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65335.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protest 59/34606 (Tampa).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 27, 1961

**No. 65336.**—J. M. Sutton Sons & Co. and H. W. Ebert Co. *v.* United States, protests 58/4117 and 59/22935 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those